UNITED STATES DISTRICT COURT
JUDICIAL District of PUERTO RICO

ENTERED ON DOCKET
PURSUANT TO FRAP 4(b)

UNITED STATES OF AMERICA

Vs.

RONALD BARRIOS-GARCIA

(Name of Defendant)

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: **3:97 CR 074-06 (DRD)**

Victor MIRANDA-CORRADA, Esq.
Defendant's Attorney

**THE DEFENDANT:**

[X] pleaded guilty to count Two

[ ] was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:846 | Conspiracy to distribute cocaine, cocaine base and marihuana. | 04-10-97 | 2 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).

[ ] Count _____ is dismissed on the motion of the United States.

[x] It is ordered that the defendant shall pay a special assessment of $100.00 for count Two (2) which shall be due [X] immediately [ ] as follows.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 09-20-71

U. S. Marshal No.: 14937-069

Defendant's Mailing Address:
Bldg. 19, Apt. 151, Project 13
San José, Río Piedras, PR 0923

Defendant's Residence Address:
Same as above.

August 17, 1999
Date of Imposition of Sentence

Signature of Judicial Officer

DANIEL R. DOMINGUEZ, USDJ
Name & Title of Judicial Officer

August 17, 1999
Date

AO 245 S (Rev. 4/90) Sheet 1 - Judgment in a Criminal Case

Defendant: **RONALD BARRIOS-GARCIA**  
Case Number: **CR 97-074-06 (DRD)**

Judgment-Page  2  of  4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **two hundred ninety-two (292) months and deducts sixteen (16) months for time he has already spent under local custody pursuant to Guideline Section 5G1.3(b), for a total of two hundred seventy-six (276) months to be served concurrently with the local sentence.**

[x]   The Court makes the following recommendations to the Bureau of Prisons: **that defendant be authorized to serve his sentence at the Coleman Institution.**

[x]   The defendant is remanded to the custody of the United States Marshal.  
[ ]   The defendant shall surrender to the United States Marshal for this district,

  [ ]   at _____     a.m.  
                        p.m. on _____.

  [ ]   as notified by the Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

  [ ]   before 2 p.m. on _____.

  [ ]   as notified by the United States Marshal.

  [ ]   as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

Defendant delivered on  10-05-04  to  FCC Coleman Medium  at Coleman FL , with a certified copy of this Judgment.

Carlos I. Holder, Warden  
United States Marshal  
By _Paula Dixon_ LPT  
Deputy Marshal

AO 245 S (3/88) Sheet 2 - Imprisonment