Ronald Barrios-Garcia
Reg. No. 14937-069
F.C.C. Coleman Medium (A-3)
P.O. Box 1032

March 8, 2005                     RE: Criminal Case No. 3:97-cr-00074-DRD-6
                                      USA v. Perez-Cruz, et al.,

Clerk Of Court
Room 150 Federal Building
Hato Rey, PR 00918-1767
Att: Janice Gonzalez:

Dear Ms. Gonzalez:

    Enclosed please find attached a partial copy of a docket sheet in the above captioned case. The reason for this letter is to ask for the cost for copies of docket entry 532, and the other docket entries (un-numbered) dated 12/19/02, 1/24/03, 9/21/04. I need the actual print out of the above specified entries. Please notify me of the costs as soon as possible.

    Secondly, Deputy Clerk Janice Gonzalez, I need your assistance with a most complex situation. Apart from notifying me of the costs for the above entries, I need you to please inform me of any further costs that might apply to receive a copy of the new sentencing judgment in my name. Let me explain. You see docket entry No. 527, states that my appeal was remanded back for a resentencing. See also docket entry No. 529.

    However, I have not been taken back to court for resentencing nor have I been notified by the court that I would be taken back. I have been patiently waiting for a resentence but I have grown tiresome. Please enclose any costs relevant to any documents informing me of when I will be resentenced. I ask around with other inmates about this and they inform me that I must wait until the court specifically makes an order to bring me back to court. Thus, Please help me figure this most unusual situation. Another reason that I need to know is so that I could find out if I am able to file my § 2255 motion to vacate a sentence, which as I understand from other inmates that it must be done within one year of a resentencing. Clerk Gonzalez, thank you for all of your attention to this matter. Please respond at your earliest convenience.

Very truly yours,

/s/ Ronald Barrios-Garcia

Ronald Barrios-Garcia

| | | |
|---|---|---|
| | | (Entered: 05/12/2000) |
| 05/12/2000 | | Transmitted Supplemental Record on Appeal: as to Ronald Barrios-Garcia [497-1] appeal. Dkts 513,514,516 and 522. (np) (Entered: 05/18/2000) |
| 05/16/2000 | | **Terminated appeal record deadlines as to Ronald Barrios-Garcia (np) (Entered: 05/16/2000) |
| 05/16/2000 | 523 | Order as to Ronald Barrios-Garcia returning PSI to USPO with acknowlegment of receipt from USPO. (Clerk) (np) (Entered: 05/18/2000) |
| 06/27/2000 | 525 | CJA 24 as to Ronald Barrios-Garcia Authorization to Pay Arthur Pineda $ 96 for Transcript Voucher # 000627000051 ( Signed by Judge Daniel R. Dominguez ) (np) (Entered: 07/03/2000) |
| 08/02/2000 | 526 | TRANSCRIPT for cop bef Judge Daniel R. Dominguez filed in case as to Ronald Barrios-Garcia for dates of 11/9/98 (np) (Entered: 08/02/2000) |
| 08/25/2000 | 527 | Certified copy of Judgment from USCCA on 8/23/00 as to Ronald Barrios-Garcia: remanded for resentencing to reduce the SRT to 5 yrs. (np) (Entered: 08/30/2000) |
| 10/16/2000 | 529 | JUDGMENT OF USCA (certified copy), issued as Informal Mandate entd on 8/23/00, as to Ronald Barrios-Garcia Re: [497-1] appeal remanding for resentencing Ronald Barrios-Garcia count(s) 2s (np) (Entered: 10/17/2000) |
| 10/16/2000 | | Record on Appeal as to Ronald Barrios-Garcia returned from U.S. Court of Appeals: [517-1] appeal, [497-1] appeal. All vols received. (np) (Entered: 10/17/2000) |
| 10/16/2000 | | **Remove appeal flag - no further appeals pending (np) (Entered: 10/17/2000) |
| 11/06/2000 | 532 | ORDER as to Ronald Barrios-Garcia setting Re-Sentencing hearing for 4:30 11/21/00 for Ronald Barrios-Garcia (Clerk ) (ni) (Entered: 11/09/2000) |
| 12/20/2000 | 533 | NOTICE of Appearance for USA by Attorney Miguel A. Pereira (il) (Entered: 12/21/2000) |
| 12/20/2000 | | **Terminated attorney Jacabed Rodriguez-Coss for USA (il) (Entered: 12/21/2000) |
| 03/06/2001 | 535 | NOTICE of Appearance for USA by Attorney Timothy S. Vasquez (np) (Entered: 03/08/2001) |

| 12/19/2002 | | **Set Magistrate Judge JAC flag. (ov) (Entered: 12/19/2002) |
| 01/24/2003 | | **Terminated deadlines (np) (Entered: 01/24/2003) |
| 09/21/2004 | | JUDGE (np, ) (Entered: 09/21/2004) |