# United States Court of Appeals
## For the First Circuit

No. 99-2148

UNITED STATES,

Appellee,

v.

RONALD BARRIOS-GARCIA,

Defendant, Appellant.

JUDGMENT

Entered: August 23, 2000

Given the government's concession of error, we <u>remand this matter for resentencing with directions to the lower court to reduce the supervised release term to five years</u>. We leave open for now the question of whether a defendant such as Barrios may be sentenced under 21 U.S.C. § 841(b)(1)(A) to a term of supervised release greater than five (5) years. Because of the specific representations made below, this case does not present a suitable vehicle for addressing that question.

By the Court:

PHOEBE D. MORSE, Clerk

CERTIFIED COPY

I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

PHOEBE MORSE, CLERK
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: [signature] Date 8/23/01

By: JANICE M. O'NEIL
Chief Deputy Clerk

[Cert. Copy to Judge Dominguez and Frances Rios de Moran, Clerk, United States District Court for the District of Puerto Rico]
[cc: Messrs. Miranda-Corrada, Rodriguez-Coss, Vega-Pacheco and Ms. Velez-Rive]

Exhibit 1