# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**     \*
                                            \*
     **vs.**                                    \*     **CRIM. 97-074-06 (DRD)**
                                            \*
**RONALD BARRIOS GARCIA**     \*
**USM # 14937-069**                    \*
--------------------------------------------------   \*

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    FCC Medium
        Coleman, Florida
        Coleman, Fl 33521-1032

     We command you, the Warden, FCC Coleman, Florida, to release **RONALD BARRIOS GARCIA** to the custody of the U.S. Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Herman Wirshing, U.S. Marshal for the District of Puerto Rico, to have the body of **RONALD BARRIOS GARCIA**, and take him under your custody under safe and secure conduct, and remove the said **RONALD BARRIOS GARCIA** forthwith and bring him before HONORABLE DANIEL R. DOMINGUEZ, U.S. District Court Judge, at the Federal Courthouse Building, Hato Rey, Puerto Rico, on **Friday, March 10, 2006 at 2:00 p.m.** for Resentencing**,** and any subsequent days thereafter, and that you safely and securely return said **RONALD BARRIOS GARCIA**, to the custody of the Warden, FCC Coleman, Florida.

2

WITNESS the Honorable Daniel R. Domínguez
U. S. District Judge, United States
District Court for the District of
Puerto Rico, at Hato Rey, Puerto Rico
and the Seal of said Court,
this 20th day of January 2006


FRANCES RIOS DE MORAN
Clerk, U. S. District Court for
the District of Puerto Rico

*S/ Omar Flaquer Mendoza*
Omar Flaquer Mendoza
Case Manager/Courtroom Deputy Clerk