**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE DANIEL R. DOMINGUEZ | Date: March 7, 2006 |
| COURTROOM DEPUTY: Omar FLAQUER | **CR NO: 97-074 (DRD)** |
| COURT REPORTER: Donna W. DRATWA | |
| COURT INTERPRETER: Marie HERNANDEZ | |

<u>Attorneys:</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | Guillermo GIL |
| v. | |
| RONALD BARRIOS GARCIA | Victor CORRADA MIRANDA |

The defendant is present in court. He is under custody.

CASE CALLED FOR RE-SENTENCE, but not held. After arguments heard, counsel for the defendant requested to withdraw as legal representation. The request is granted. The Court ordered that a counsel under the CJA be appointed to the defendant to be selected at random by the system computer at the Clerk's Office. Re-sentence is hereby reset for March 31, 2006 at 11:00 a.m. New counsel is advised that this re-sentence is only as to the supervised release term imposed.

S/ ***Omar Flaquer Mendoza***
Omar Flaquer Mendoza
Courtroom Deputy Clerk