UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>RONALD BARRIOS-GARCIA,<br>    Defendant. | Criminal 97-074-06(DRD) |

**MOTION FOR CONTINUANCE OF RE-SENTENCING**
**TO ALLOW COUNSEL TO ATTEND TRAINING SESSION**

TO THE HONORABLE COURT:

**COMES NOW** defendant RONALD BARRIOS-GARCIA, through his undersigned Counsel, and before this Honorable Court respectfully alleges and prays:

1. The Court previously set this case for the re-sentencing of the defendant for **MARCH 31, 2006 at 11:00 am**. Docket #569.

2. The undersigned Counsel is scheduled to attend a training session for members of the CJA Panel of Attorneys at the Metropolitan Detention Center, Guaynabo, PR, on that same date, *i.e.* March 31, 2006. The purpose of the training, organized by the Federal Public Defender for the District of Puerto Rico, is to improve the skills of Panel Attorneys in the representation of defendants under the Criminal Justice Act.

3. The undersigned Counsel respectfully requests he be allowed to attend the aforesaid training by continuing the re-

*U.S. v. Ronald Barrios-Garcia*,
Cr. 97-074-06(DRD)
Page 2

sentencing in this case for any hour on any of the following dates, at the convenience of this Honorable Court:

- **April** 4, 5, 6, 10, 12, 13, 14, 17, 24, 25, 26, or 27
- **May** 1, 2, 10 – 31
- **Thereafter**, on any date and hour.

**WHEREFORE** the defendant respectfully prays that for the reasons set forth here, the resentencing of this defendant, now set for **March 31, 2006, at 11:00 am**, be continued and re-scheduled for any hour on any of the dates in 2006 described herein.

**RESPECTFULLY SUBMITTED.**

I hereby CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys: **AUSA Timothy S. Vazquez**.

In San Juan, Puerto Rico, this 30th day of March 2006.

s/ *David W. Román*

David W. Román, Esq. (USDC-PR #125709)
BROWN & UBARRI
El Caribe Building - Fourteenth Floor
53 Palmeras Street
San Juan, Puerto Rico, 00901-2417
Tel: (787)725-3312
Fax: (787)723-7233
E-mail: roman@bandulaw.com

Attorneys for the Defendant