UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>RONALD BARRIOS-GARCIA,<br>    Defendant. | Criminal 97-074-06(DRD) |

**MOTION FOR CONTINUANCE OF RE-SENTENCING**
**TO ALLOW COUNSEL TO ATTEND CONTINUING LEGAL EDUCATION**

TO THE HONORABLE COURT:

**COMES NOW** defendant RONALD BARRIOS-GARCIA, through his undersigned Counsel, and before this Honorable Court respectfully alleges and prays:

1. The Court today re-set this case for the re-sentencing of the defendant for **MAY 4, 2006 at 11:00 am**. Docket #575.

2. The undersigned Counsel is set to attend the American Trial Lawyers Association (ATLA) Trial Advocacy College: *Damages* in Santa Fe New Mexico from May 4-7, 2006, and will be out of Puerto Rico from May 3-9. The purpose of the ATLA training is to improve the trial skills of litigators, with an emphasis on federal practice. In addition, the training session will satisfy, in part, the continuing legal education required by the Supreme Court of Puerto Rico.

3. The arrangements to attend this training were made more than two months ago and non-refundable airline tickets and

*U.S. v. Ronald Barrios-García*,
Cr. No. 97-074-06(DRD)
Page 2

other travel arrangements have already been purchased.

4. The undersigned Counsel respectfully requests leave to attend the aforesaid training by continuing the re-sentencing in this case for any hour on any of the following dates, at the convenience of this Honorable Court: **MAY 11, 12, 16, 17, 18, 19, 22, 23, 24, 25, 29, 30 OR 31, 2006**.

**WHEREFORE** the defendant respectfully prays that for the reasons set forth here, the resentencing of this defendant, now set for **May 5, 2006, at 11:00 am**, be re-scheduled for any hour on any of the dates in 2006 described herein.

**RESPECTFULLY SUBMITTED**.

I hereby CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys: **AUSA Timothy S. Vazquez**.

In San Juan, Puerto Rico, this 25th day of April 2006.

s/ *David W. Román*

David W. Román, Esq. (USDC-PR #125709)
BROWN & UBARRI
El Caribe Building - Fourteenth Floor
53 Palmeras Street
San Juan, Puerto Rico, 00901-2417
Tel: (787)725-3312
Fax: (787)723-7233
E-mail: roman@bandulaw.com

Attorneys for the Defendant