# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE DANIEL R. DOMINGUEZ               Date: May 12, 2006

COURTROOM DEPUTY: Omar FLAQUER              **CR NO: 97-074 (DRD)**

COURT REPORTER: Donna W. DRATWA

COURT INTERPRETER: Marie HERNANDEZ

<u>Attorneys:</u>

UNITED STATES OF AMERICA                    Myriam FERNANDEZ

v.

RONALD BARRIOS GARCIA                       David ROMAN

The defendant is present in court. He is under custody.

CASE CALLED FOR RE-SENTENCE. Counsel for the defendant requested that the sentence be served concurrently with the local sentence beginning on the date of arrest by federal authorities on April 11, 1997. After arguments presented, the request is granted.

IT IS THE JUDGEMENT OF THE COURT AS TO count Two (2).

TERM OF IMPRISONMENT: 292 months of which 16 months shall be deducted, and credited for time the defendant already served under local custody, for a total of 276 months to be served concurrently with the local sentence, and using the start date of April 11, 1997. The BOP shall follow this directive subject to be found under contempt proceedings before this Court.

SUPERVISED RELEASE TERM: Five (5) years. SMA: $100.00

All terms and conditions are specified in the judgement form. The defendant is advised of his right to appeal, etc.

The sentence imposed on August 17, 2000, stands as to all other extremes, to include the conditions imposed therein, except for the updated drug testing condition to be included at the amended judgment form.

> S/ *Omar Flaquer Mendoza*
> Omar Flaquer Mendoza
> Case Manager/Courtroom Deputy Clerk