# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| PRX | Barrios-Garcia, Ronald | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 3:97-000074-006 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Barrios-Garcia | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 846=ND.F -- CONSPIRACY TO DISTRIBUTE NARCOTICS

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) **AND MAILING ADDRESS**

Telephone Number: (787) 725-3312

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)
BROWN & UBARRI
EL CARIBE BUILDING, 14th. FLOOR
53 PALMERAS STREET
SAN JUAN, PR. 00901-2417

**13. COURT ORDER**
- [X] O Appointing Counsel
- [ ] C Co-Counsel
- [ ] F Subs For Federal Defender
- [ ] R Subs For Retained Attorney
- [ ] P Subs For Panel Attorney
- [ ] Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

[ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
[ ] Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
03/09/2006
Date of Order                Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment.   [ ] YES   [ ] NO

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | 1.0 | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $    )   TOTALS: | 1.0 | 92.00 | | | |
| 16. | a. Interviews and Conferences | 3.1 | | | | |
| Out of Court | b. Obtaining and reviewing records | 4.5 | | | | |
| | c. Legal research and brief writing | 3.5 | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $    )   TOTALS: | 11.1 | 1,021.20 | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | 0.00 | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | 0.00 | | | |
| | | | 1,113.20 | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|
| FROM _____ TO _____ | | |

**22. CLAIM STATUS**   [X] Final Payment   [ ] Interim Payment Number ___   [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   [ ] YES   [X] NO   If yes, were you paid?   [ ] YES   [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?   [ ] YES   [X] NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____   Date: Oct. 4, 2006

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| | | | | |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|
| | | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |

# IN COURT HOURLY WORKSHEET

Client Name: BARRIOS, Ronald
Case Number: 97-cr-074-06(DRD)
Voucher Number:

| Date | Brief Description of Services | Arraignment and/or Plea | Bail and Detention Hearings | Motion Hearings | Trial | Sentencing Hearings | Revocation Hearings | Appeals Court | Other |
|---|---|---|---|---|---|---|---|---|---|
| 05/25/2006 | Sentencing hearing before USDJ DRD - arguments heard and sentence imposed | | | | | 1.00 | | | |
| Grand Total | | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 |

TOTAL IN-COURT: 1.0 HOURS * $92.00 = $92.00

# OUT OF COURT HOURLY WORKSHEET

Client Name: BARRIOS, Ronald
Case Number: 97-cr-074-06(DRD)
Voucher Number:

| Date | Brief Description of Services | Interviews and Conferences | Obtaining and Reviewing Records | Legal Research and Brief Writing | Travel time | Investigative and Other Work |
|---|---|---|---|---|---|---|
| 03/09/2006 | Review appointment order and preliminary inquiry of dockets | 1.30 | | | | |
| 03/23/2006 | Review dockets in USCA No. 99-2148 and USDC No. 97-cr-074-06 (DRD); review motions filed by defendant, Dkt ##561 and 562 re resentencing issues | | 3.20 | | | |
| 04/13/2006 | Research legal issues raised by defendant in Dkt ##561 and 562 re resentencing issues | | | 2.50 | | |
| 04/18/2006 | Conference with defendant @ MDC Guaynabo re discuss re-sentencing issues | 1.80 | | | | |
| 04/25/2006 | Prepare and file motion to continue sentencing hearing due to scheduling conflict with date selected by the Court | | | 1.00 | | |
| 05/18/2006 | Conference with defendant @ MDC Guaynabo re prepare for sentencing hearing and review post-sentence options | 1.30 | | | | |
| | Grand Total | 3.1 | 4.5 | 3.5 | 0.0 | 0.0 |

TOTAL OUT-OF-COURT: 11.1 HOURS * $92.00 = $1,021.20

# OTHER EXPENSE WORKSHEET

Client Name: BARRIOS, Ronald  
Case Number: 97-cr-074-06(DRD)  
Voucher Number:

## TRAVEL EXPENSES

| Date | Rate | Miles | Mileage Expense | Parking | Meals | Lodging |
|------|------|-------|-----------------|---------|-------|---------|
|      |      | 0.0   | $0.00           | $0.00   | $0.00 | $0.00   |

TOTAL TRAVEL EXPENSES: $

## OTHER EXPENSES

| Date | Brief Description of Expense | Copying | Postage | Toll Calls | Other |
|------|------------------------------|---------|---------|------------|-------|
|      |                              | $0.00   | $0.00   | $0.00      | $0.00 |

TOTAL OTHER EXPENSES: $

Grand Total