07 — 1475 (DRD)

AO 243 (Rev. 11/2002) Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

Case Number: _____

Cr. No. 3:97-cr-00074-DRD-6

UNITED STATES OF AMERICA

v.

Ronald Barrios-Garcia
_____
Name of Movant (name under which convicted)

Reg. No. 14937-069
_____
Prisoner No.

FCC-Coleman Medium, P.O. Box 1032
_____
Coleman, Florida 33521-1032
_____
Place of Confinement

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

1. Name and location of court which entered the judgment of conviction under attack   United States District Court for the District of Puerto Rico

2. Date of judgment of conviction   May 12, 2006

3. Length of sentence   276 Months

4. Nature of offense involved (all counts)   21 U.S.C. §846, Conspiracy to distribute Narcotics.

5. What was your plea? (Check one)

   (a)   Not guilty   ☐

   (b)   Guilty   ☒

   (c)   Nolo contendere   ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

AO 243 (Rev. 11/2002) Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody

6.   If you pleaded not guilty, what kind of trial did you have? (Check one)

   (a)   Jury            ☐

   (b)   Judge only   ☐

7.   Did you testify at the trial?

   Yes ☐         No   ☒

8.   Did you appeal from the judgment of conviction?

   Yes ☐         No   ☒

9.   If you did appeal, answer the following:

   (a)   Name of court _____

   (b)   Result _____

   (c)   Date of result _____

10.   Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

   Yes ☐         No   ☒

11.   If your answer to 10 was "yes", give the following information:

   (a)   1.   Name of court _____

         2.   Nature of proceeding _____

             _____

         3.   Grounds raised _____

             _____

             _____

             _____

         4.   Did you receive an evidentiary hearing on your petition, application or motion?

             Yes   ☐      No   ☐

         5.   Result _____

         6.   Date of result _____

   (b)   As to any second petition, application or motion give the same information:

         1.   Name of court _____

         2.   Nature of proceeding _____

              _____

         3.   Grounds raised _____

              _____

             _____

             _____

AO 243 (Rev. 11/2002) Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody

4.    Did you receive an evidentiary hearing on your petition, application or motion?

Yes    ☐           No    ☐

5.    Result _____

6.    Date of result _____

(c)    Did you appeal to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

1.    First petition, etc.                 Yes    ☐           No    ☐

2.    Second petition, etc.            Yes    ☐           No    ☐

(d)    If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12.    State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, *you should raise in this motion all available grounds* (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a)    Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b)    Conviction obtained by use of coerced confession.

(c)    Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d)    Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e)    Conviction obtained by a violation of the privilege against self - incrimination.

AO 243 (Rev. 11/2002) Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody

(f)   Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)   Conviction obtained by a violation of the protection against double jeopardy.

(h)   Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i)   Denial of effective assistance of counsel.

(j)   Denial of right of appeal.

A.   Ground one: Violation of Movant's Due Process Rights Under the U.S. Constitution.

Supporting FACTS (state *briefly* without citing cases or law)
See Attached Memorandum of Law

B.   Ground two:

Supporting FACTS (state *briefly* without citing cases or law)

C.   Ground three:

Supporting FACTS (state *briefly* without citing cases or law)

AO 243 (Rev. 11/2002) Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody

D.    Ground four: _____

_____

Supporting FACTS (state briefly without citing cases or law) _____

_____

_____

_____

_____

_____

_____

_____

13.   If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what ground were not
      so presented, and give your reasons for not presenting them:

      The due process violation was not found out about until the Bureau of Prisons
      calculated the Movant's Sentence, and did so contrary to this Court's Order.

_____

_____

14.   Do you have any petition or appeal now pending in any court, as to the judgment under attack?
      Yes    ☐         No    ☒

15.   Give the name and address, if known, of each attorney who represented you in the following stages of judgment
      attacked herein:        * Because this is a matter in regards to Movant's resentencing,
                              only that attorney is listed herein.
      (a)   At preliminary hearing _____

_____

      (b)   At arraignment and plea _____

_____

      (c)   At trial _____

_____

      (d)   At sentencing   re:   David Roman, attorney at law, [CJA]

_____

      (e)   On appeal _____

_____

      (f)   In any post - conviction proceeding _____

_____

      (g)   On appeal from any adverse ruling in a post - conviction proceeding _____

_____

Page 6 of 7

AO 243 (Rev. 11/2002) Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes  ☐     No  ☒

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes  ☐     No  ☒

(a)  If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b)  Give date and length of the above sentence: _____

_____

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes  ☐     No  ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

May 25, 2007
(date)

_____
Signature of Movant

Movant's motion is timely filed because, although he was resentenced on May 12, 2007, Movant did not file a notice of appeal, therefore there is a 10 day grace period (excluding weekends and holidays) for his 1 year time limitation period to begin under the IEDPA, which would give him until May 26, 2007 to timely file this §2255 motion. Movant further declares that on May 25, 2007, he placed this motion into the hands of prison officials, by depositing it in the U.S. Mailbox with first class postage affixed thereto, and it is deemed filed this day (May 25, 2007) in accordance with Houston v. Lack, 487 U.S. 266 (1988). (MAILBOX RULE).

Page 7 of 7