LEGAL MAIL

RONALD BARRIOS GARCIA
REG No. 14937-069
FEDERAL CORRECTIONAL COMPLEX /MID
PO. BOX -1032   UNIT. A-4
COLEMAN FLORIDA 33521

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING. THE LETTER HAS BEEN OPENED, OR INSPECTED.

FEB - 9 2008

DANIEL R. DOMINGUES
ROOM 150 FEDERAL BUILDING
HATO REY, P.R. 00918

