# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br>v.<br>[6] Ronald BARRIOS-GARCIA<br><br>Date of Previous Judgment: May 12, 2006<br>(Use Date of Last Amended Judgment if Applicable) | Case No: 97-CR-074-06 (DRD)<br>USM No: 14937-069<br>Hector Ramos & Melanie Carrillo, AFPD's<br>Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons    the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 276 months **IS REDUCED TO 233 MONTHS of which 16 months** shall be deducted, and credited for time already served under local custody for a total term of imprisonment of 217 MONTHS to be served concurrently with the local sentence and using the start date of April 11, 1997.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 37 | Amended Offense Level: | 35 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the Amended Judgment dated May 12, 2006 at Docket No. 579 shall remain in effect.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: July 14, 2008 | S/ DANIEL R. DOMÍNGUEZ<br>Judge's signature |
| Effective Date: April 14, 2008<br>(if different from order date) | DANIEL R. DOMÍNGUEZ, U.S. DISTRICT JUDGE<br>Printed name and title |